BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYLER JORDAN,<br><br>    Defendant. | CASE NO. 2:13-CR-00003 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM APRIL 5, 2013, TO APRIL 19, 2013** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 5, 2013.

2. By this stipulation, the parties now move to continue the status conference until April 19, 2013, and to exclude time between April 5, 2013, and April 19, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes several hundred pages of discovery. Included with this discovery is a significant

amount of computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection. Defense Counsel has coordinated with investigators and plans to view some of the discovery on April 12, 2013.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of April 5, 2013 to April 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 3, 2013                      Respectfully Submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                               By:    */s/ Kyle Reardon*
                                             KYLE REARDON
                                             Assistant U.S. Attorney

Dated: April 3, 2013                      */s/ Kyle Reardon* for
                                             ADAM WEINER
                                             Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYLER JORDAN,<br><br>    Defendant. | CASE NO. 2:13-CR-00003 GEB<br><br>[PROPOSED]<br>ORDER CONTINUING STATUS CONFERENCE FROM APRIL 5, 2013, UNTIL APRIL 19, 2013 |

The parties' stipulation is approved and so ordered. The time beginning April 5, 2013, until April 19, 2013, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4/3/13

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge