BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER JORDAN, <br><br> Defendant. | CASE NO. 2:13-CR-0003 GEB <br><br> **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM AUGUST 15, 2014, TO OCTOBER 10, 2014** |

On August 4, 2014, the parties filed a stipulation and proposed order seeking a continuance in the sentencing in this case. C.R. 36. The proposed date in that filing was I error. The parties now request in this amended stipulation and proposed order that the judgment and sentencing currently set for August 15, 2014, at 9:00 a.m., be continued to October 10, 2014, at 9:00 a.m.

///

///

///

///

///

///

The following filing dates will apply:

| | **Old Date** | **New Date** |
|---|---|---|
| Draft PSR Filed | July 5, 2014 | August 29, 2014 |
| Informal Objections Due | July 18, 2014 | September 12, 2014 |
| Final PSR Filed | July 25, 2014 | September 19, 2014 |
| Formal Objections / Motion for Correction of PSR | August 8, 2014 | October 3, 2014 |
| Sentencing Memorandum | August 8, 2014 | October 3, 2014, |
| Reply or Statement of Non-opposition | August 12, 2014 | October 7, 2014 |
| Judgment and Sentencing | August 15, 2014 | October 10, 2014 |

Dated: August 5, 2014        Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: August 5, 2014        */s/ Kyle Reardon* for
ADAM WEINER
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER JORDAN,<br><br>　　　　Defendant. | CASE NO.  2:13-CR-0003 GEB<br><br>**[PROPOSED]**<br>**ORDER CONTINUING JUDGMENT AND SENTENCING FROM AUGUST 15, 2014, TO OCTOBER 10, 2014** |

　　　The parties' amended stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for August 15, 2014, at 9:00 a.m., is continued to October 10, 2014, at 9:00 a.m.

Dated:  August 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge