Adam Weiner, Attorney at Law SBN 193608
Law Office Of Adam Weiner
5176 Hillsdale Circle, Suite 100
El Dorado Hills, CA 95762
Telephone:    (916) 933-2174
Facsimile:    (916) 933-7019
Email:    aweiner@weinerlawoffices.com

Attorney for Defendant
TYLER JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JORDAN,<br><br>Defendant. | CASE NO. 2:13-CR-0003 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM OCTOBER 10, 2014, TO NOVEMBER 7, 2014** |

The parties request that the judgment and sentencing currently set for October 10, 2014, at 9:00 a.m., be continued to November 7, 2014, at 9:00 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

The following filing dates will apply:

|  | Old Date | New Date |
|---|---|---|
| Draft PSR Filed | August 29, 2014 | FILED 8/28/2014 |
| Informal Objections Due | September 12, 2014 | October 17, 2014 |
| Final PSR Filed | September 19, 2014 | FILED 9/18/2014 |
| Formal Objections / Motion for Correction of PSR | October 3, 2014 | October 31, 2014 |
| Sentencing Memorandum | October 3, 2014 | October 31, 2014 |
| Reply or Statement of Non-opposition | October 7, 2014 | November 4, 2014 |
| Judgment and Sentencing | October 10, 2014 | November 7, 2014 |

Dated:  October 9, 2014                    Respectfully submitted,


By:     /s/ *Adam Weiner*_____
        ADAM WEINER
        Attorney for Defendant
        TYLER JORDAN


By:     /s/ *Adam Weiner* for_____
        JUSTIN LEE
        Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JORDAN,<br><br>Defendant. | CASE NO. 2:13-CR-0003 GEB<br><br>**[PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM OCTOBER 10, 2014, TO NOVEMBER 7, 2014** |

    The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for October 10, 2014, at 9:00 a.m., is continued to November 7, 2014, at 9:00 a.m.

Dated:  October 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge