Adam Weiner, Attorney at Law SBN 193608
Law Office Of Adam Weiner
5176 Hillsdale Circle, Suite 100
El Dorado Hills, CA 95762
Telephone:    (916) 933-2174
Facsimile:    (916) 933-7019
Email:        aweiner@weinerlawoffices.com

Attorney for Defendant
TYLER JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0003 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM NOVEMBER 7, 2014, TO DECEMBER 12, 2014** |
| TYLER JORDAN, | |
| Defendant. | |

The parties jointly request that the judgment and sentencing currently set for November 7, 2014, at 9:00 a.m., be continued to December 12, 2014, at 9:00 a.m. Defense counsel is scheduling a psychological evaluation for the Defendant and has received additional information that it will forward to probation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1   The following filing dates will apply:

|  | Old Date | New Date |
|---|---|---|
| Draft PSR Filed | FILED 8/28/2014 | FILED 8/28/2014 |
| Informal Objections Due | October 17, 2014 | November 21, 2014 |
| Final PSR Filed | FILED 9/18/2014 | FILED 9/18/2014 |
| Formal Objections / Motion for Correction of PSR | October 31, 2014 | December 5, 2014 |
| Sentencing Memorandum | October 31, 2014 | December 5, 2014 |
| Reply or Statement of Non-opposition | November 4, 2014 | December 9, 2014 |
| Judgment and Sentencing | November 7, 2014 | December 12, 2014 |

Dated:  November 3, 2014                    Respectfully submitted,


By:   /s/ *Adam Weiner*_____
      ADAM WEINER
      Attorney for Defendant
      TYLER JORDAN


By:   /s/ *Adam Weiner* for_____
      JUSTIN LEE
      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JORDAN,<br><br>Defendant. | CASE NO. 2:13-CR-0003 GEB<br><br>**[PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM NOVEMBER 7, 2014, TO DECEMBER 12, 2014** |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for November 7, 2014, at 9:00 a.m., is continued to December 12, 2014, at 9:00 a.m.

Dated: November 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3