Adam Weiner, Attorney at Law SBN 193608
Law Office Of Adam Weiner
5176 Hillsdale Circle, Suite 100
El Dorado Hills, CA 95762
Telephone:    (916) 933-2174
Facsimile:     (916) 933-7019
Email:           aweiner@weinerlawoffices.com

Attorney for Defendant
TYLER JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0003 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 12, 2014 TO MARCH 6, 2015** |
| TYLER JORDAN, | |
| Defendant. | |

    The parties jointly request that the judgment and sentencing currently set for December 12, 2014, at 9:00 a.m., be continued to March 6, 2015, at 9:00 a.m.  Defense counsel needs additional time to have a psychological evaluation completed for the Defendant.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

The following filing dates will apply:

|  | Old Date | New Date |
|---|---|---|
| Draft PSR Filed | FILED 8/28/2014 | FILED 8/28/2014 |
| Informal Objections Due | November 21, 2014 | February 13, 2015 |
| Final PSR Filed | FILED 9/18/2014 | FILED 9/18/2014 |
| Formal Objections / Motion for Correction of PSR | December 5, 2014 | February 27, 2015 |
| Sentencing Memorandum | December 5, 2014 | February 27, 2015 |
| Reply or Statement of Non-opposition | December 9, 2014 | March 3, 2015 |
| Judgment and Sentencing | December 12, 2014 | March 6, 2015 |

Dated:  December 9, 2014                    Respectfully submitted,


By:    /s/ *Adam Weiner*_____
       ADAM WEINER
       Attorney for Defendant
       TYLER JORDAN


By:    /s/ *Adam Weiner* for_____
       JUSTIN LEE
       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JORDAN,<br><br>Defendant. | CASE NO. 2:13-CR-0003 GEB<br><br>**[PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 12, 2014 TO MARCH 6, 2015** |

    The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for December 12, 2014, at 9:00 a.m., is continued to March 6, 2015, at 9:00 a.m.

Dated:  December 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge