Adam T. Weiner, Attorney at Law CSBN 193608
Sage D. Kaveny, Attorney at Law CSBN 296690
Law Office Of Adam Weiner
5176 Hillsdale Circle, Suite 100
El Dorado Hills, CA 95762
Telephone:   (916) 933-2174
Facsimile:   (916) 933-7019
Email:   aweiner@weinerlawoffices.com
         sage@weinerlawoffices.com

Attorneys for Defendant
TYLER JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0003 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM MARCH 6, 2015, TO MARCH 27, 2015** |
| TYLER JORDAN, | |
| Defendant. | |

The parties jointly request that the judgment and sentencing currently set for March 6, 2015, at 9:00 a.m., be continued to March 27, 2014, at 9:00 a.m.  Defense counsel Adam Weiner is on medical leave through March 9, 2015 and is requesting a brief continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The following filing dates will apply:

|  | Old Date | New Date |
|---|---|---|
| Draft PSR Filed | FILED 8/28/2014 | FILED 8/28/2014 |
| Informal Objections Due | February 13, 2015 | March 13, 2015 |
| Final PSR Filed | FILED 9/18/2014 | FILED 9/18/2014 |
| Formal Objections / Motion for Correction of PSR | February 27, 2015 | March 20, 2015 |
| Sentencing Memorandum | February 27, 2015 | March 20, 2015 |
| Reply or Statement of Non-opposition | March 3, 2015 | March 24, 2015 |
| Judgment and Sentencing | March 6, 2015 | March 27, 2015 |

Dated:  March 2, 2014                Respectfully submitted,


By:     /s/ *Adam Weiner*_____
        ADAM WEINER
        Attorney for Defendant
        TYLER JORDAN


By:     /s/ *Adam Weiner* for_____
        JUSTIN LEE
        Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JORDAN,<br><br>Defendant. | CASE NO. 2:13-CR-0003 GEB<br><br>**[PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING FROM MARCH 6, 2015, TO MARCH 27, 2015** |
|---|---|

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for March 6, 2015, at 9:00 a.m., is continued to March 27, 2015, at 9:00 a.m.

Dated: March 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge